AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| MIDNIGHT EXPRESS POWER BOATS, INC.<br><br>*Plaintiff(s)*<br>v.<br>GABCO HOLDINGS, LLC, GREGORY KILEY, and MICHAEL NEWCOMER.<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-26409-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GABCO HOLDINGS, LLC
c/o INCORP SERVICES, INC.
9435 WATERSTONE BOULEVARD SUITE 140
CINCINNATI OH 45249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Woodard
Victor Bruzos
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| MIDNIGHT EXPRESS POWER BOATS, INC.<br><br>*Plaintiff(s)*<br>v.<br>GABCO HOLDINGS, LLC, GREGORY KILEY, and MICHAEL NEWCOMER.<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-26409-DPG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GREGORY KILEY
8725 SW 52ND AVE
MIAMI FL 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Woodard
Victor Bruzos
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| MIDNIGHT EXPRESS POWER BOATS, INC.<br>*Plaintiff(s)*<br>v.<br>GABCO HOLDINGS, LLC, GREGORY KILEY, and MICHAEL NEWCOMER.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-26409-DPG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MICHAEL NEWCOMER
1451 BRICKEL AVE
APT 4801
MIAMI, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Woodard
Victor Bruzos
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court