**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-26409-GAYLES**

**MIDNIGHT EXPRESS POWER BOATS, INC.,**

**Plaintiff,**

**v.**

**GABCO HOLDINGS, LLC, *et al.*,**

**Defendants.**
_________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Plaintiff Unopposed Motion for Leave to Allow Electronic Equipment into the Courtroom ("Motion"). [ECF No. 23]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. The Motion is **GRANTED**.
2. The Court has set a hearing on Plaintiff's Expedited Motion for a Preliminary Injunction on Monday, November 9, 2026, at 9:00 a.m., in the Miami Division before Magistrate Judge Detra Shaw-Wilder at Clyde C. Atkins Courthouse, 301 N. Miami Ave., 9th Floor Courtroom, Miami, Florida 33128. [ECF No. 21].
3. Plaintiff is permitted to bring into the Courtroom and use the following electronic equipment throughout the duration of the hearing:
    - 3 laptops
    - Miscellaneous power strips, extensions, AV cables, switchbox, and remotes
    - Cellular telephones

4. Plaintiff's technicians from Legal-eze (Keith Brett, Dan Smith, Danny Legra, Jonathan Chang, Alan Rubiano, Baron Philipson, and/or Jeff Telofski) are permitted to bring the following electronic equipment into the courtroom throughout the duration of the hearing:

- 2 technician's laptops
- 1 AV matrix
- 1 17-inch LCD monitor
- 1 amplified speaker
- 1 portable printer
- Miscellaneous power strips, extensions, AV cables, switchbox, and remotes
- Gaffers tape
- 1 Sony projector
- 1 Da lite roll up screen
- 1 65-inch monitor
- Cellular telephones

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**